IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LISA WALKER, | § |
| Plaintiff, | § Civil Action No. 2:17-cv-11264-SFC-RSW |
| v. | § |
| BLUESTEM BRANDS INC. D/B/A FINGERHUT, | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: July 28, 2017

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Ryan G. Milligan, Esq.
Faegre Baker Daniels LLP
Suite 4300
311 S. Wacker Drive
Chicago, IL 60606
Attorney for Defendant

Dated: July 28, 2016           By: /s/ Amy L. Bennecoff Ginsburg
                                             Amy L. Bennecoff Ginsburg, Esq.
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Avenue
                                             Ambler, PA 19002
                                             Tel: 215-540-8888
                                             Fax: 215-540-8817
                                             aginsburg@creditlaw.com